IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 18–32–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER J. MORIGEAU, JOHLEEN MORIGEAU, and CONFEDERATED SALISH & KOOTENAI TRIBES, | |
| Defendants. | |

On September 10, 2018, Plaintiff United States of America and Defendants Christopher J. Morigeau and Johleen Morigeau filed a Stipulation for entry of judgment, a decree of foreclosure, and an order of sale. Christopher J. Morigeau and Johleen Morigeau had not appeared in this case prior to the Stipulation being filed. The Court treats the Stipulation as an appearance by Christopher J. Morigeau and Johleen Morigeau.

On September 18, 2018, the United States of America and Defendant Confederated Salish & Kootenai Tribes filed a Stipulation for entry of judgment, a decree of foreclosure, and an order of sale.

On September 18, 2018, the United States of America filed a motion to vacate the preliminary pretrial conference scheduled for September 27, 2018 (Doc. 19). Accordingly,

IT IS ORDERED that the Stipulations (Doc. 17; Doc. 18) are APPROVED. The Clerk of Court is directed to enter judgment in favor of the United States of America and against Christopher J. Morigeau and Johleen Morigeau consistent with the Stipulations (Doc. 17; Doc. 18). An Order of Foreclosure and Judicial Sale shall follow.

IT IS FURTHER ORDERED that the motion to vacate the preliminary pretrial conference (Doc. 19) is GRANTED. The preliminary pretrial conference set for September 27, 2018, and any associated deadlines are VACATED.

DATED this 18th day of September, 2018.

Donald W. Molloy, District Judge
United States District Court