IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 18-32-M-DWM |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| CHRISTOPHER J. MORIGEAU, JOHLEEN MORIGEAU, and CONFEDERATED SALISH & KOOTENAI TRIBES, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the United States of America and against Christopher J. Morigeau and Johleen Morigeau consistent with the Stipulations filed in the case (Docs. 17 and 18).

Dated this 18th day of September, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk