IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 14 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18–32–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER J. MORIGEAU, JOHLEEN MORIGEAU, and CONFEDERATED SALISH & KOOTENAI TRIBES, | |
| Defendants. | |

The United States has moved to confirm the United States Marshal's sale held in this matter.

IT IS ORDERED that the United States' motion (Doc. 28) is GRANTED.

The United States Marshal's sale held on December 5, 2018, is confirmed.

DATED this 14 day of December, 2018.

Donald W. Molloy, District Judge
United States District Court